McCALEB, Justice
(concurring in part and dissenting in part).
I am in accord with the dismissal of the claim of Mrs. Ann McClain Butler. I also agree that Mrs. Rosalie Dillon Prieto' was legally adopted by the decedent and that the revocation of the adoption by the parties on May 30, 1945 was ineffective.
However, I do not, for the reasons stated in the dissenting opinion in Atkins v. Johnston, 213 La. 458, 35 So.2d 16, subscribe to the view that a donation inter vivos may be revoked by implication and that the joinder of the decedent and Mrs. Prieto in an act of sale transferring the donated properties to a third person constituted a revocation of the donations. Therefore, as Mrs. Prieto has not shown that the decedent received the sale price of the donated properties or any part thereof, the value of these donations should be taken into account in determining whether she has been deprived of her legitime.